**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Maria E. Miller f/k/a Maria DiChiera       CHAPTER 13
a/k/a Maria Norcera

        Debtor(s)       BKY. NO. 25-22590 JAD

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PNC Bank, NA and index same on the master mailing list.

Respectfully submitted,


/s/ Denise Carlon
Denise Carlon
03 Oct 2025, 16:40:00, EDT

Denise Carlon, Esq. (317226)  ☑
Matthew Fissel, Esq. (314567)  ☐
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com