IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Case No.: 25-22590-JAD |
| **Maria E. Miller FKA Maria DiChiera,** | : **Chapter 13** |
| **AKA Maria Norcera** | : **Judge Jeffery A. Deller** |
| | : * * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | : |
| | : |
| **Wells Fargo Bank, N.A.** | : **Related Document #** |
| **Movant,** | : |
| | : |
| **No Respondent(s).** | : |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney enters their appearance as counsel for Wells Fargo Bank, N.A., its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

Respectfully submitted,

/s/ Adam B. Hall
Adam B. Hall, Esquire (323867)
MDK Legal
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Adam B. Hall.
Contact email is ABHall@mdklegal.com

25-024782_PS

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re: :
:
**Maria E. Miller FKA Maria DiChiera,** :
**AKA Maria Norcera,** :
:
**Debtor(s)** :
:
**Wells Fargo Bank, N.A.** :
:
**Movant,** :
:
**No Respondent(s).** :

Case No.: 25-22590-JAD
Chapter 13
Judge Jeffery A. Deller
* * * * * * * * * * * * * * * * * *

Related Document #

## CERTIFICATE OF SERVICE OF NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on October 6, 2025.

Service by ECF:
Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Ronda J. Winnecour, Chapter 13 Trustee, cmecf@chapter13trusteewdpa.com

Kenneth Steidl, Attorney for Maria E. Miller FKA Maria DiChiera, AKA Maria Norcera, julie.steidl@steidl-steinberg.com

Service by First-Class Mail:
Maria E. Miller FKA Maria DiChiera, AKA Maria Norcera, 113 Paree Drive, Pittsburgh, PA  15239

EXECUTED ON: October 6, 2025

By: /s/ Adam B. Hall
Signature
Adam B. Hall, Esquire
Typed Name
P.O. Box 165028, Columbus, OH 43216-5028
Address
614-220-5611
Phone No.
323867
List Bar I.D. and State of Admission

25-024782_PS