# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | |
| | Case No.: 25-22590-JAD |
| **Maria E. Miller FKA Maria DiChiera,** | Chapter 13 |
| **AKA Maria Norcera** | Judge Jeffery A. Deller |
| | * * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | |
| | |
| **Maria E. Miller FKA Maria DiChiera,** | Date and Time of Hearing |
| **AKA Maria Norcera** | |
| **Ronda J. Winnecour** | |
| Movant, | Related Document No. 5 |
| vs | |
| **Wells Fargo Bank, N.A.** | |
| Respondents. | |

## OBJECTION OF WELLS FARGO BANK, N.A. TO THE CONFIRMATION OF THE PLAN DATED September 29, 2025 (DOCKET NUMBER 5)

Wells Fargo Bank, N.A. ("Creditor") by and through its undersigned counsel, objects to the confirmation of the currently proposed plan ("Plan") filed by Maria E. Miller FKA Maria DiChiera, AKA Maria Norcera ("Debtor") as follows:

1. Creditor holds a security interest secured by a mortgage lien on Debtor's property commonly known as 113 Paree Drive, Pittsburgh, PA 15239 ("Property").

2. Creditor intends to file a Proof of Claim that includes a pre-petition arrearage in the amount of $439.79.

3. Debtor's Plan does not provide for the arrearage due on Creditor's claim.

4. At this time, Creditor has not offered a permanent loan modification agreement to Debtor.

25-024782_ABH

5. Debtor's Plan represents an impermissible modification of Creditor's claim and a violation of 11 U.S.C. §§1322 and 1325.

WHEREFORE, Creditor respectfully requests that the Court deny the confirmation of the Debtor's currently proposed Plan.

Respectfully submitted,

/s/ Adam B. Hall
Adam B. Hall, Esquire (323867)
MDK Legal
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Adam B. Hall.
Contact email is ABHall@mdklegal.com

25-024782_ABH

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Case No.: 25-22590-JAD |
| **Maria E. Miller FKA Maria DiChiera,** | : Chapter 13 |
| **AKA Maria Norcera** | : Judge Jeffery A. Deller |
| | : * * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | |
| | : |
| **Maria E. Miller FKA Maria DiChiera,** | : Date and Time of Hearing |
| **AKA Maria Norcera** | : |
| **Ronda J. Winnecour** | : |
| **Movant,** | : Related Document No. 5 |
| | : |
| vs | : |
| | : |
| **Wells Fargo Bank, N.A.** | : |
| **Respondents.** | : |

## CERTIFICATE OF SERVICE OF OBJECTION OF WELLS FARGO BANK, N.A. TO THE CONFIRMATION OF THE ORIGINAL PLAN

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on (date) 10/07/2025_____.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first-class mail and electronic notification_____.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON: 10/07/2025_____

By: /s/ Adam B. Hall_____
Signature
Adam B. Hall, Esquire_____
Typed Name
P.O. Box 165028, Columbus, OH 43216-5028
Address
614-220-5611_____
Phone No.
323867_____
List Bar I.D. and State of Admission

25-024782_ABH

Adam B. Hall, Attorney for Creditor, MDK Legal, P.O. Box 165028, Columbus, OH  43216-5028 (notified by ecf)

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov (notified by ecf)

Ronda J. Winnecour, Chapter 13 Trustee, Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA  15219, cmecf@chapter13trusteewdpa.com (notified by ecf)

Kenneth Steidl, Attorney for Debtor, 707 Grant Street, Suite 2830 Gulf Tower, Pittsburgh, PA 15219, julie.steidl@steidl-steinberg.com (notified by ecf)

Maria E. Miller FKA Maria DiChiera, AKA Maria Norcera, Debtor, 113 Paree Drive, Pittsburgh, PA  15239 (notified by regular US Mail)

25-024782_ABH

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | |
| **Maria E. Miller FKA Maria DiChiera, AKA Maria Norcera** | Case No.: 25-22590-JAD<br>Chapter 13<br>Judge Jeffery A. Deller<br>\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| **Debtor(s)** | |
| **Maria E. Miller FKA Maria DiChiera, AKA Maria Norcera**<br>**Ronda J. Winnecour** | Date and Time of Hearing<br>_____ |
| Movant, | Related Document No. 5 |
| vs | |
| **Wells Fargo Bank, N.A.** | |
| Respondents. | |

# ORDER

AND NOW, after notice and hearing of the foregoing Objection to Debtor's Chapter 13 Plan ("Plan"), filed at Doc. No. 5, it is hereby ORDERED that confirmation of the Debtor's proposed Chapter 13 Plan is DENIED.

Prepared by: _Adam B. Hall_

Date: _____

                                                    JEFFERY A. DELLER, JUDGE
                                                  UNITED STATES BANKRUPTCY JUDGE

25-024782_ABH