# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | : |
| | : **Case No.: 25-22590-JAD** |
| **Maria E. Miller FKA Maria DiChiera,** | : **Chapter 13** |
| **AKA Maria Norcera** | : **Judge Jeffery A. Deller** |
| | : * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | : |
| | : |
| **Maria E. Miller FKA Maria DiChiera,** | : Date and Time of Hearing |
| **AKA Maria Norcera** | : _____ |
| **Ronda J. Winnecour** | : |
| **Movant,** | : Related Document No. 5 |
| | : |
| vs | : |
| | : |
| **Wells Fargo Bank, N.A.** | : |
| **Respondents.** | : |

## ORDER

AND NOW, after notice and hearing of the foregoing Objection to Debtor's Chapter 13 Plan ("Plan"), filed at Doc. No. 5, it is hereby ORDERED that confirmation of the Debtor's proposed Chapter 13 Plan is DENIED.

Prepared by:  _Adam B. Hall_

Date: _____                    _____
                                            JEFFERY A. DELLER, JUDGE
                                            UNITED STATES BANKRUPTCY JUDGE

25-024782_ABH